UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHELLE LYNN GREGG, (3)<br>ROLLAND M. GREGG, (4)<br><br>　　　　　Defendant. | No. CR-13-024-FVS<br><br>ORDER CONDITIONALLY GRANTING IN PART MOTION TO MODIFY |

　　　　Remaining at issue are the requests by Michelle and Rolland Gregg to modify their conditions of release to permit them to have limited contact with Mr. Gregg's parents, permission to travel to the July 24-28 conference in New Mexico related to employment, and permission to travel to Oregon as needed without first seeking permission to pick up water to be bottled for their business. Post-hearing, Mr. Gregg supplied proof that the business is properly licensed in the State of Washington. Pretrial Services does not oppose travel, as long as the travel itinerary is followed and Pretrial Services is notified upon return. The Motions, **ECF No. 121, 130,** are conditionally granted as follows:

　　　　Travel to the conference is permitted, **provided there are no positive urinalysis tests from this date forward,** and provided that the day before leaving there is drug testing and the day of return there is drug-testing. In addition, and within the discretion of Pretrial Services, there may be drug-testing in New

**ORDER CONDITIONALLY GRANTING IN PART MOTION TO MODIFY - 1**

Mexico.  Defendants may have contact with Mr. Gregg's parents (Co-Defendants), provided the case is not discussed.  **If there are no positive urinalysis tests from this date forward**, travel for employment purposes to Oregon is permitted, provided, Defendants phone Pretrial Services and timely advise Pretrial Services of the details of each trip to Oregon.

**IT IS SO ORDERED.**

DATED April 11, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

**ORDER CONDITIONALLY GRANTING IN PART MOTION TO MODIFY - 2**